Christopher **HEXTER**, Appellant,

v.

**CITY OF DREW, MISSISSIPPI,**
Appellee.

No. 22610.

United States Court of Appeals
Fifth Circuit.

July 28, 1966.

L. H. Rosenthal, Jackson, Miss., for appellant.

P. J. Townsend, Jr., Champ T. Terney, Drew, Miss., for appellee.

Before RIVES and GEWIN, Circuit Judges, and ALLGOOD, District Judge.

PER CURIAM:

This appeal is controlled by Peacock et al. v. City of Greenwood, Mississippi, decided June 20, 1966, 384 U.S. 808, 86 S.Ct. 1800, 16 L.Ed.2d 944, in which the Supreme Court held that grounds for removal of civil rights cases to the United States District Court under 28 U.S.C.A. § 1443 do not include grounds as alleged in this case.

The judgment of the district court is, therefore,

Affirmed.

Rupert **CRAWFORD** et al., Appellants,

v.

**STATE OF MISSISSIPPI,** Appellee.

No. 22382.

United States Court of Appeals
Fifth Circuit.

Aug. 1, 1966.

Bruce C. Waltzer, Benjamin E. Smith, New Orleans, La., William M. Kunstler,

John M. Pratt, New York City, Leland Rayson, Tinely Park, Ill., R. Jess Brown, Jackson, Miss., Smith, Waltzer, Jones & Peebles, New Orleans, La., Kunstler, Kunstler & Kinoy, New York City, for appellants.

Thomas H. Watkins, E. W. Stennett, Elizabeth W. Grayson, Jackson, Miss., Joe T. Patterson, Atty. Gen. of State of Mississippi, Jackson, Miss., for appellee.

Before JONES and BELL, Circuit Judges, and BREWSTER, District Judge.

PER CURIAM:

This appeal is controlled by Willie Peacock et al. v. City of Greenwood, Mississippi, No. 649, October Term, 1965, Decided June 20, 1966, 384 U.S. 808, 86 S.Ct. 1800, 16 L.Ed.2d 944, in which the Supreme Court held that grounds for removal of civil rights cases to the United States District Court under 28 U.S.C.A. § 1443, do not include such grounds as are alleged in this case.

Affirmed.